**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ARTURO SANTANA,

        Plaintiff,

v.                                                  Case No: 6:16-cv-222-Orl-40KRS

COMMERCIAL EXPRESS, INC.,

        Defendant.
_____/

**ORDER**

    This cause is before the Court on the parties' Amended Joint Motion for Approval of Settlement Agreement and Request for Entry of Final Order of Dismissal with Prejudice (Doc. 17) filed on May 24, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

    After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

    Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation filed May 27, 2016 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Amended Joint Motion for Approval of Settlement Agreement and Request for Entry of Final Order of Dismissal with Prejudice (Doc. 17) is **GRANTED IN PART**.

    3.    The Court **FINDS** the parties' settlement agreement (Doc. 17, at 5-10) is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

4. The Court **DECLINES** to retain jurisdiction to enforce the settlement agreement.

5. The case is **DISMISSED with prejudice**.

6. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on June 15, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties